*Sind-O*

**FILED**
**CLERK, U.S. DISTRICT COURT**

APR 2 5 2014

**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION    BY DEPUTY**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> Milton Lavender <br> Defendant. | Case No.: 8-97-CR-0028-PA <br> 2-02-CR-00801 PA <br><br> ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS <br> (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___Central___ District of ___California___ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (X)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

    (X)  information in the Pretrial Services Report and Recommendation

    (X)  information in the violation petition and report(s)

    (X)  the defendant's nonobjection to detention at this time

    ( )  other: _____

|  |  |  |
|---|---|---|
| 1 |  | and/ or |
| 2 | B. (X) | The defendant has not met his/her burden of establishing by clear and |
| 3 |  | convincing evidence that he/she is not likely to pose a danger to the |
| 4 |  | safety of any other person or the community if released under 18 U.S.C. |
| 5 |  | § 3142(b) or (c).  This finding is based on the following: |
| 6 |  | (X)  information in the Pretrial Services Report and Recommendation |
| 7 |  | (X)  information in the violation petition and report(s) |
| 8 |  | (X)  the defendant's nonobjection to detention at this time |
| 9 |  | ( )  other: _____ |

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: April 25, 2014

_____
SHERI PYM
United States Magistrate Judge